UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DBI ARCHITECTS, P.C.,
    Plaintiff,

v.

AMERICAN EXPRESS TRAVEL
RELATED SERVICES CO., INC.,
    Defendant.

Civil Action No. 02-1729 (CKK)

**ORDER**
(March 30, 2006)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 30th day of March, 2006, hereby

ORDERED that [51] Plaintiff DBI Architects, P.C.'s Motion for Partial Summary Judgment on Attorneys' Fees and Costs under 15 U.S.C. Section 1640 is DENIED; it is also

ORDERED that [52] Defendant's Motion for Summary Judgment is GRANTED; it is also

ORDERED that the Parties' [53] Joint Motion to Seal is DENIED; it is also

ORDERED that the Parties are directed to file a praecipe on the docket indicating, without needing to cite to specific terms and amounts, that a settlement between the Parties was reached with respect to all remaining claims in the instant case except for the attorneys' fees and costs issue addressed in the motions resolved by the instant Order.

                                              /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge